# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

|  |  |
|---|---|
| WELLS FARGO CLEARING SERVICES, LLC,<br><br>Petitioner,<br><br>vs.<br><br>JEREMY T. KIENTZ,<br><br>Respondent. | CV 26-38-M-WWM<br><br>ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT |

Pursuant to the Federal Arbitration Act, any party to an arbitration may apply to a district court within on year after an award is made "for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected." 9 U.S.C. § 9. "Notice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." 9 U.S.C. § 12. Judgment entered by the Court upon confirmation of an arbitration award is to be given the same force and effect as a judgment in an action. 9 U.S.C. § 13.

On February 23, 2026, Petitioner Wells Fargo Clearing Services, LLC ("Wells Fargo") filed a Petition to Confirm Arbitration Award ("Petition"), along with a Memorandum in Support ("Memorandum") and Affidavit of corporate representative Carolyn Jablonski ("Affidavit"). (Docs. 1, 1-1, and 2). The

Arbitration Award, signed by Arbitrator Jonathan H. Krotinger on February 25, 2025, was attached as Exhibit C to Ms. Jablonski's Affidavit. (Doc. 1-4). The Court issued a Summons to Respondent Jeremy T. Kientz on February 24, 2026. (Doc. 5). Mr. Kientz was served with the Petition, Memorandum, Affidavit, and Summons on March 3, 2026. (Doc. 6). Mr. Kientz did not answer or otherwise respond before his March 24, 2026 deadline and has made no appearance in the matter to date. Accordingly,

**IT IS HEREBY ORDERED** that the February 25, 2025 Arbitration Award (Doc. 1-4) is CONFIRMED pursuant to the Federal Arbitration Act, 9 U.S.C. § 9.

**IT IS FURTHER ORDERED** that Judgment is hereby entered pursuant to 9 U.S.C. § 13 and in accordance with the Arbitration Award against Respondent Jeremy T. Kientz for the sum of $269,507.69 subject to an interest rate of 5.71% from May 3, 2024 until the award is paid in full, and for Petitioner Wells Fargo's attorney fees and costs. (Doc. 1-4 at 3).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 1st day of May, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2